AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOHN PARKE and ELVES FOR THE HOMELESS, a Washington non-profit corporation,<br><br>*Plaintiff*<br>v.<br>CITY OF CLARKSTON, a municipal corporation.<br><br>*Defendant* | Civil Action No. 2:24-cv-00112-TOR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2025

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant's Motion for Summary Judgment against Plaintiff John Parke (ECF No. 57) is GRANTED. Plaintiff John Parke's claims against Defendant are DISMISSED with prejudice. Defendant's Motion for Summary Judgment against Plaintiff Elves for the Homeless (ECF No. 61) is GRANTED IN PART. Plaintiffs' Cross Summary Judgment (ECF No. 71) is DENIED. Plaintiff Elves for the Homeless claims against Defendant are DISMISSED with prejudice. Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: 11/13/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*