UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN PARKE and ELVES FOR THE HOMELES, a Washington non-profit corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF CLARKSTON, a municipal corporation,<br><br>       Defendant. | NO. 2:24-CV-0112-TOR<br><br>ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT |

BEFORE THE COURT is Plaintiffs' Motion to Alter or Amend the Judgment. ECF No. 101. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. Plaintiffs' Motion to Alter or Amend the Judgment, ECF No. 101, is DENIED.

Where reconsideration of a non-final order is sought, the court has "inherent jurisdiction to modify, alter, or revoke" its order. *United States v. Martin*, 226

ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT ~ 1

F.3d 1042, 1049 (9th Cir. 2000).

As a rule, a court should be "loathe" to revisit its own decisions "in the absence of extraordinary circumstances such as where the initial decision was 'clearly erroneous and would work a manifest injustice.'" *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 817 (1988) (internal citation omitted). This principle is embodied in the law of the case doctrine, under which "a court is generally precluded from reconsidering an issue that has already been decided by the same court, or a higher court in the identical case." *United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997) (quoting *Thomas v. Bible*, 983 F.2d 152, 154 (9th Cir. 1993)). While the district court possesses inherent power to reconsider and amend previous orders, this is an extraordinary remedy that should be used sparingly in the interests of finality and conservation of judicial resources.

Here, the Court has fully addressed the issues and the Court's Order stands. ECF No. 99.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion to Alter or Amend the Judgment, ECF No. 101, is DENIED. The District Court Executive is directed to enter this Order and furnish copies to counsel.    **DATED** January 8, 2026.

THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT ~ 2